IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | | |
|---|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal Case No. 7:13-cr-00038-1 | |
| | ) | | |
| v. | ) | **ORDER** | |
| | ) | | |
| **OSHAY TERRELL JONES,** | ) | By: | Hon. Robert S. Ballou |
| Petitioner. | ) | | United States Magistrate Judge |

Oshay Terrell Jones filed a <u>pro se</u> motion to vacate, set aside or correct sentence pursuant to 28 U. S. C. § 2255. On May 2 2016, the court ordered the United States to respond to the § 2255 motion within sixty days, and on May 5, 2016, the court received Petitioner's motion to amend the § 2255 motion. Petitioner seeks to supplement claim seven and submit an unsigned "affidavit" from former counsel in support of the § 2255 motion. Appearing proper to do so, the motion to amend is **GRANTED** as to the amendment of claim seven and **DENIED** as to the unsigned "affidavit."

It is so **ORDERED**.

Enter: June 13, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge