CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JAN 18 2017

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 7:13CR00038-1 |
| | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| | ) | |
| OSHAY TERREL JONES, | ) | By: Michael F. Urbanski |
| Defendant. | ) | United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby

## ADJUDGED and ORDERED

that the government's motion to dismiss (ECF No. 475) is **GRANTED**; Jones' motion and

amended motions to vacate, set aside, or correct his sentence pursuant to 28 U.S.C. § 2255

(ECF No. 448 452, & 464) are **DISMISSED**; a certificate of appealability is **DENIED**; and

this action shall be **STRICKEN** from the active docket of this court.

The Clerk shall send copies of this Order and the accompanying Memorandum

Opinion to the parties.

**ENTER:** This 18 day of January, 2017.

/s/ Michael F. Urbanski

United States District Judge

Case 7:13-cr-00038-MFU-RSB   Document 521   Filed 01/18/17   Page 1 of 1   Pageid#: 4006